OMAR FIGUEROA #196650
JAMES J. CLARK #233286
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
TIMOTHY SHOAF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY SHOAF,<br><br>    Defendant.<br>_____/ | CR S-06-0131 DAD<br><br>STIPULATION AND ORDER TO<br><u>CONTINUE SENTENCING DATE</u> |

IT IS HEREBY STIPULATED by and between the parties that the sentencing date of defendant Timothy Shoaf in the above matter be continued from September 5, 2006, at 10:00 a.m., to September 19, 2006, at 10:00 a.m.

/s/ OMAR FIGUEROA                     /s/ MATTHEW C. STEGMAN
OMAR FIGUEROA                         MATTHEW C. STEGMAN, AUSA
Attorney for TIMOTHY SHOAF            U. S. Attorney's Office
Dated: July 25, 2006                  Dated: July 25, 2006

ORDER

IT IS SO ORDERED.

DATED: July 26, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

orders.criminal/shoaf0131.stipord