<table>
<tr><td>JAY D. CRADDOCK<br>CHIEF U.S. PROBATION OFFICER<br>2500 TULARE STREET, SUITE 3401<br>FRESNO, CALIFORNIA 93721<br>TEL: (559) 499-5700<br>FAX: (559) 499-5745</td><td>UNITED STATES DISTRICT COURT<br><br>EASTERN DISTRICT OF CALIFORNIA<br>PROBATION OFFICE</td><td>REPLY TO:<br>501 "I" STREET, SUITE 2-500<br>SACRAMENTO, CA 95814<br>TEL: (916) 930-4300<br>FAX: (916) 930-4380<br>(HEADQUARTERS)</td></tr>
</table>

February 20, 2008

The Honorable Dale Drozd
United States Magistrate Judge
Sacramento, California

                    RE: SHOAF, Timothy
                    Docket Number: 2:06CR00131
                    <u>CLOSURE AND DISMISSAL OF</u>
                    <u>PREJUDGMENT PROBATION</u>

Your Honor:

On September 19, 2006, the above-named defendant was placed on 12 months probation pursuant to Title 18 United States Code 3607, after being charged with and pleading guilty to a violation of Title 21 United States Code 844(a).

The defendant's probation expired on September 18, 2007, but no order of termination was ever entered. Therefore, it is respectfully requested the Court order dismissal of the proceedings without entering a judgment of conviction.

                                Respectfully,

                                /s/ Karen Meusling

                                KAREN A. MEUSLING
                        Supervising United States Probation Officer

RE: Page 2
**Docket Number:**
<u>**CLOSURE AND DISMISSAL OF PREJUDGMENT PROBATION**</u>

**ORDER**

[X]   The Court finds the defendant has completed the period of prejudgment probation pursuant to 18 USC 3607 successfully and orders dismissal of the proceedings against this defendant.

DATED: February 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/shoaf0131.ord